**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Samuel Larell ANDERSON,**
**Defendant–Appellant.**

No. 09–8070.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 27, 2010.

Samuel Larell Anderson, Appellant Pro Se. Mark C. Moore, Assistant United

* We decline to consider issues Alvanez raises in his informal brief which are not related to his

present appeal.

States Attorney, Columbia, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Larell Anderson appeals the district court's order denying his motion to modify his sentence, pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Anderson,* No. 0:04–cr–00353–CMC–3 (D.S.C. Oct. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*